1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  KIMBERLY A. BLISS, State Bar #207857
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3861
6  Facsimile:    (415) 554-3837
   E-Mail:       kimberly.bliss@sfgov.org
7

8  Attorneys for Defendant
   KAMALA HARRIS
9

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13  LANNY JAY,                          | Case No. 07-CV-1544 MHP

14         Plaintiff,                   | **STIPULATION RE SERVICE OF SUMMONS AND COMPLAINT AND DEADLINE TO RESPOND TO COMPLAINT**

15      vs.

16  KAMALA HARRIS,                      | [LOCAL RULE 6-1(A)]

17         Defendant.

18

19

20

21

22

23

24

25

26

27

28

Stipulation Re Service Of Summons and Complaint and         1                   n:\lit\li2007\071288\00018787.doc
Deadline to Respond; CASE NO. 07-CV-1544 MHP

1  Defendant Kamala Harris hereby stipulates to waive personal service of the summons and
2  complaint. Additionally, pursuant to Civ. L.R. 6-1(a), the parties hereby stipulate that defendant
3  Harris shall have until Friday, May 11, 2007 to answer or otherwise respond to the Complaint.

Dated: April 9, 2007

                                      DENNIS J. HERRERA
                                      City Attorney
                                      JOANNE HOEPER
                                      Chief Trial Deputy

                            By: _____/s/_____
                                KIMBERLY A. BLISS
                                Deputy City Attorney

                                Attorneys for Defendant KAMALA HARRIS

Dated: April 9, 2007

                            By: _____/s/_____
                                LANNY JAY, Esq.
                                Plaintiff, *Pro Se*

**ORDER**

BASED ON THE ABOVE ENTERED STIPULATION, IT IS SO ORDERED:

Dated: 4/11/2007  _____
                          THE HONORABLE MARILYN HALL PATEL

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*