1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, Sixth Floor
5 | San Francisco, California 94102-5408
Telephone:     (415) 554-3861
6 | Facsimile:      (415) 554-3837
E-Mail:          kimberly.bliss@sfgov.org
7
Attorneys for Defendant KAMALA HARRIS
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LANNY JAY, | Case No.: C-07-1544 MHP |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS |
| vs. | |
| KAMALA HARRIS, | Hearing Date:    None requested. |
| Defendant. | Trial Date:          Not set |

Defendant Kamala Harris filed her Motion for Leave to File Motion To Dismiss on May 11, 2007.  Having considered the moving papers and the pleadings in the above-captioned case, and finding good cause therefore, the Court **GRANTS** the Defendant's Motion.

Accordingly, IT IS ORDERED THAT:

Plaintiff's opposition to the Motion to Dismiss must be filed on or before  May 28 , 2007.

Defendants' reply in support of the Motion to Dismiss must be filed on or before June 4 , 2007.

The hearing on the Motion to Dismiss is set for  June 18 , 2007 at 2:00 p.m.

Dated: May 14, 2007

_____
HON. MARILYN H. PATEL
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Marilyn H. Patel

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO FILE MOTION TO DISMISS
CASE NO.  07-CV-1544 MHP

1

n:\lit\li2007\071288\00025951.doc